# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MARY V. EDELEN,

      Plaintiff,

v.                                               CASE NO. 4:09cv229-RH/WCS

MICHAEL J. ASTRUE,

      Defendant.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation (document 16), the objections (document 19), and the response to the objections (document 27). I have reviewed *de novo* the issues raised by the objections.

As the report and recommendation explains, the administrative law judge failed to refute the treating physicians' medical opinions—as distinguished from their conclusions on the ultimate issue of disability—on grounds supported by substantial evidence. The administrative law judge thus is deemed to have accepted the medical opinions as true. When the opinions are accepted as true, the

record makes clear that the plaintiff was disabled. There is no substantial evidence that would support a contrary conclusion. The proper disposition of this case thus is to reverse the denial of benefits and remand to the Commissioner for an award of benefits. Accordingly,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision is REVERSED. The case is REMANDED to the Commissioner for the award of benefits. The clerk must enter judgment and close the file.

    SO ORDERED on May 6, 2010.

                                 s/Robert L. Hinkle
                                 United States District Judge