# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MARY V. EDELEN,

    Plaintiff,

vs.                         Case No. 4:09cv229-RH/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pending is Petitioner's Consent Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), requesting authorization of a total attorney fee in the amount of $9,326.75, paid directly to the Petitioner.

Since there is no objection, it is **RECOMMENDED** that:

Petitioner's Consent Motion for Attorney's Fees, doc. 36, be **GRANTED** and the court order that the Secretary certify and pay directly to Petitioner, Heather Freeman, Attorney for Plaintiff, $9,326.75 as a reasonable attorney fee.

**IN CHAMBERS** at Tallahassee, Florida, on September 14, 2010.

                                  s/ William C. Sherrill, Jr.
                              **WILLIAM C. SHERRILL, JR.**
                              **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**