# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MARY V. EDELEN,

    Plaintiff,

v.                                           CASE NO. 4:09cv229-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

The magistrate judge's reports and recommendations, ECF Nos. 33 and 37, are accepted and adopted as the court's opinions. The plaintiff's motions for attorney's fees, ECF Nos. 30 and 36, are GRANTED. Fees of $9,326.75 are awarded to the plaintiff under § 206(b)(1) of the Social Security Act. Fees of $4,495.34 are awarded to the plaintiff under the Equal Access to Justice Act. But the combined total is $9,326.75, taking into account that the EAJA fee will offset a portion of the § 206(b)(1) fee. The defendant must pay the fees accordingly.

    SO ORDERED on September 21, 2010.

                                                        s/Robert L. Hinkle
                                                         United States District Judge